No. 50. MISSOURI PACIFIC R. R. CORP'N ET AL. *v.* NEBRASKA STATE RY. COMM'N. Argued November 21, 22, 1928. Decided November 26, 1928. *Per Curiam:* The writ of error is dismissed for want of a properly presented substantial federal question, on the authority of *St. Louis & San Francisco R. R.* v. *Sheppard,* 240 U. S. 240; *Jett Bros. Distilling Co.* v. *City of Carrollton,* 252 U. S. 1; *Consolidated Turnpike Co.* v. *Norfolk & Ocean View Ry.,* 228 U. S. 326. *Messrs. Anan Raymond* and *Charles F. McLaughlin,* with whom *Messrs. J. A. C. Kennedy, Francis A. Brogan, Alfred G. Ellick,* and *E. J. White* were on the brief, for plaintiffs in error. *Mr. Hugh La Master,* with whom *Mr. O. S. Spillman* was on the brief, for defendant in error.

No. 424. SECURITY NATIONAL BANK *v.* TWINDE ET AL. November 26, 1928. *Per Curiam:* The appeal is dismissed for the reason that the judgment of the state court sought here to be reviewed was based on a non-federal ground adequate to support it. *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. Percy L. Louchs* for appellant. No appearance for appellees.